## Carson v. Austin Borough, Appellant.

Argued May 5, 1903.  Appeal, No. 88, Jan. T., 1903, by defendants, from decree of C. P. Potter Co., Sept. T., 1902, No. 1, on bill in equity in case of E. E. Carson et al. v. Austin Borough et al.   Before DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.   Affirmed.

| 206 | 303 |
| Case 1 | |
| 212 | 168 |

PER CURIAM, May 18, 1903 :

The questions raised by this bill and answer are the same as those in Potter Co. Water Co. v. Austin Boro., ante, p. 297. We affirmed that decree on the opinion of the court below, and we do the same in this case.

Decree affirmed.